IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF Kentucky
Louisville DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED
JAMES J. VILT, JR. - CLERK
SEP 02 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Chad-Alan: Heath

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

DILLON SPENCER

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:22CV467 GNS
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Chad-Alan: Heath
Street Address: c/o 911 Hawkins Drive
City and County: Elizabethtown - Hardin
State and Zip Code: KY. Republic [42701]
Telephone Number: can be reached at 2702680606
E-mail Address: calanheath@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Dillon Spencer
Job or Title (if known): Investigator/Trooper KY STATE POLICE Badge #506
Street Address: unknown
City and County:
State and Zip Code:
Telephone Number: unknown
E-mail Address (if known): unknown

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:

2

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address
        (if known)

Defendant No. 3

    Name    _____

    Job or Title
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)

Defendant No. 4

    Name    _____

    Job or Title
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

    18 U.S.C § 242
    and 190 other Contract
    28 U.S.C. §1331

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant has deprived plaintiff of constitutional rights and liberties. By doing so, defendant is in breach of contract that is legally binding to plaintiff.

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Vacate defendants oath of office and defendant no longer able to work or be employed by any government agency during his lifetime.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08-30, 2022

Signature of Plaintiff _____Chad-Alan: Heath_____ UCCI-103.6 / UCCI-308

Printed Name of Plaintiff _____Chad-Alan: Heath_____

### B. For Attorneys

Date of signing: _____, 20__.

6

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
E-mail Address             _____

**USPS CERTIFIED MAIL**

**FILED**
JAMES J. VILT, JR. - CLERK

SEP 02 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Chad-Alan of the Heath Family
C/O 911 HAWKINS DRIVE
ELIZABETHTOWN KY 42701-0000

**USPS CERTIFIED MAIL**



9402 8118 9876 5812 7164 52

Clerks Office
601 W BROADWAY STE 106
GENE SNYDER UNITED STATES COURTHOUSE
LOUISVILLE KY 40202-2227

US POSTAGE AND FEES PAID
PRIORITY MAIL
Aug 31 2022
Mailed from ZIP 42701
1 lb PM Zone 2

11923275
CommercialBasePrice

062S0012913542

