FILED

JAMES J. VILT, JR. - CLERK

SEP 0 2 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Continued from CIVIL COVER SHEET

VII.

REQUESTED IN COMPLAINT:

## DEMAND $

Due to the defendants nonfulfillment of the obligations/terms and not completing the specific performance that was required by the defendant in the contract, the plaintiff is requesting the demands:

The defendants oath of office be vacated immediately.

That the defendant is not allowed to be employed by any government ageny ever again in his lifetime.

042701506-page 2 front

Dillon Spencer is employed by the KENTUCKY STATE POLICE. Dillon Spencer works out of Post 4 in Elizabethtown, KY and his badge number is 506.

Dillon Spencer has deprived a natural person of their Constitutional liberties and Bill of Rights. Dillon Spencer deprived this natural person of his 3rd, 4th, 5th, 8th, 9th and 10th amendments. The natural person is the plaintiff. By choosing to deprive the plaintiff of these liberties and rights, the defendant is in breach of a legally binding contract with the plaintiff.

On the day of May 6, 2021, the defendant placed the plaintiff in handcuffs and unlawfully arrested/kidnapped the plaintiff against the plaintiffs will. He then took the plaintiff to the HARDIN COUNTY DETENTION CENTER where the plaintiff was illegally incarcerated for two days. The plaintiff never consented to any of these criminal actions that were made by the defendant. When the defendant read the plaintiff his miranda rights, the plaintiff did not understand the miranda rights.

On the day of June 25, 2021, the defendant placed the plaintiff in handcuffs and unlawfully arrested/kidnapped the plaintiff against the plaintiffs will. The plaintiff did not consent to this criminal action that the defendant committed. The plaintiff did not understand the miranda rights when the defendant read them to the plaintiff. After the plaintiff was unlawfully arrested/kidnapped by the defendant, the defendant took the plaintiff to the HARDIN COUNTY, KY JUSTICE CENTER. Once there, the plaintiff was forced to talk to a judge while the plaintiff was under duress and in handcuffs.

The plaintiff was never found guilty of anything.

On the day of August 13, 2021, the defendant avoids committing the act of perjury while testifying under oath by using the words I believe. The defendant does make a false statement on this day while testifying under oath. On this day, the judge verifies that a CERTIFIED RECORD OF BIRTH was the legal defendant in case number 21-F-569. The defendant/Dillon Spencer claims the legal defendant voluntarily came to talk to him at KENTUCKY STATE POLICE Post 4. A CERTIFIED RECORD OF BIRTH is a piece of paper. A piece of paper cannot talk. Also, on this day, Dillon Spencer believed that the UNITED STATES TREASURY signed a statement as the injured party. He believed that he had an ID when he arrived at Post 4. If he had an ID, I guess that is why Dillon Spencer the name ALLEN instead of Alan. And, I guess that is why Dillon Spencer had the zip code of Sonora, KY 42701. The zip code of Sonora, Ky is 42776. The zip code of Elizabethtown, KY is 42701.

Included with this legal document is a video file. This video file has been labeled TDS2022.

A U.S. CITIZEN is a citizen of a FEDERAL CORPORATION and not a union State or USA republic. The United States is a Federal Corporation: 28 U.S.C. § 3002(15), and according to Uniform Commercial Code § 9-307, LOCATION OF DEBTOR, (h) [Location of United States.] The United States is located in the District of Columbia. This can also be verified by the Congressional Act of 1871. The United States of America is the dejure republic government, not the UNITED STATES which is a CORPORATION.

The plaintiff is not any of the following:

- UNITED STATES CITIZEN

- 14th AMENDMENT CITIZEN

- ARTIFICIAL PERSON

- CORPORATION

- ENS LEGIS

- STRAWMAN

- LEGAL FICTION

- DEAD ENTITY

- IDEM SONANS

- any of the likes of any of the above mentioned and etc.


The plaintiff is:

- a natural person

- a state citizen of the state that the plaintiff was born in, which makes the plaintiff a citizen of all the states, a noncitizen national of the united States of America, and one of the people, and a beneficiary of, the republic U.S.A. constitution of 1789/1791. The preamble to the constitution establishes the united States of America, not the UNITED STATES.

### State citizenship case law

*U.S. v. Anthony 24 Fed. 829 (1873) "The term resident and citizen of the United States (this means a 14th amendment citizen) is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."*

*"We have in our political system a government of the United States and a government of each of the several States.  Each one of these governments is distinct from the others, and each has citizens of it's own..."*
*United States v. Cruikshank, 92 U.S. 542 (1875)*

*"...he was not a citizen of the United States, (again 14th amendment citizen) he was a citizen and voter of the State,..."  "One may be a citizen of a State an yet not a citizen of the United States".*
*McDonel v. The State, 90 Ind. 320 (1883)*

*"That there is a citizenship of the United States (again a 14th amendment citizen) and citizenship of a state,..."*
*Tashiro v. Jordan, 201 Cal. 236 (1927)*

*"A citizen of the United States is a citizen (14th amendment citizen) of the federal government ..."*
*Kitchens v. Steele, 112 F.Supp 383*

*"Taxpayers are not [de jure] State Citizens."  Belmont v. Town of Gulfport, 122 So. 10.*

*State v. Manuel, 20 NC 122: "the term 'citizen' in the United States, (means United States citizen or legal fiction) is analogous to the term `subject' in common law; the change of phrase has resulted from the change in government."*

*Supreme Court: Jones v. Temmer, 89 F. Supp 1226:*
*"The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."*

*Supreme Court: US vs. Valentine 288 F. Supp. 957:*

042701506-page  5 front

042701506-page  5 back

*"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States."* (This is the legal fiction citizen of the federal corporation)

*The Amendment (14th) recognized that "an individual can be a Citizen of one of the several states <u>without</u> being a citizen of the United States," (U.S. v. Anthony, 24 Fed. Cas. 829, 830), or, "a citizen of the United States <u>without</u> being a Citizen of a state." (Slaughter-House Cases, supra; cf. U.S. v. Cruikshank, 92 US 542, 549 (1875)).* (Again talking about a 14th amendment citizen)

A more recent case is Crosse v. Bd. of Supervisors, 221 A.2d 431 (1966) which says: *"Both before and after the Fourteenth Amendment to the federal Constitution, it <u>has not been</u> necessary for a person to be a citizen of the United States in order to be a citizen of his state." Citing U.S. v. Cruikshank, supra.* (confusing, but recognizes State citizenship)

The courts <u>presume</u> you to be a federal citizen, without even telling you that there are different classes of citizens. It is up to you dispute this. Use your passport and the actual birth certificate.  See...

*"Unless the defendant can prove he is not a citizen of the United States, the IRS has the right to inquire and determine a tax liability." U.S. v. Slater, 545 Fed. Supp. 179,182 (1982).* (This one is misusing the term citizen of the United States for the purpose of confusion. It is a little tongue in cheek to say, a citizen who is a United States citizen)

*"There are, then, under our republican form of government, two classes of citizens, one of the United States and one of the state".* (Again making a distinction between a 14th amendment citizen and a State Citizen)
Gardina v. Board of Registrars of Jefferson County, *160 Ala. 155; 48 So. 788 (1909)*

*"The governments of the United States and of each state of the several states are distinct from one another. The rights of a citizen under one may be quite different from those which he has under the other".*
Colgate v. Harvey, *296 U.S. 404; 56 S.Ct. 252 (1935)*

*"...rights of national citizenship as distinct from the fundamental or natural rights inherent in state citizenship".*
Madden v. Kentucky, *309 U.S. 83: 84 L.Ed. 590 (1940)*

042701506-page  6 back

*"There is a difference between privileges and immunities belonging to the citizens of the United States (14ᵗʰ amendment citizen) as such, and those belonging to the citizens of each state as such".*
*Ruhstrat v. People, 57 N.E. 41 (1900)*

*"Therefore, the <u>U.S. citizens</u> (citizen of the federal corporation) residing in one of the states of the union, <u>are</u> classified <u>as property and</u> franchises <u>of the federal government as an "individual entity</u>"", Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773*

*"...the first eight amendments have uniformly been held not to be protected from state action by the privilege and immunities clause [of the 14th Amendment]."*
*Hague v. CIO, 307 US 496, 520*

*"The right to trial by jury in civil cases, guaranteed by the 7th Amendment...and the right to bear arms guaranteed by the 2nd Amendment...have been distinctly held not to be privileges and immunities of citizens of the United States guaranteed by the 14th Amendment...and in effect the same decision was made in respect of the guarantee against prosecution, except by indictment of a grand jury, contained in the 5th Amendment...and in respect of the right to be confronted with witnesses, contained in the 6th Amendment...it was held that the indictment, made indispensable by the 5th Amendment, and trial by jury guaranteed by the 6th Amendment, were not privileges and immunities of citizens of the United States, as those words were used in the 14th Amendment. We conclude, therefore, that the exemption from compulsory self-incrimination is not a privilege or immunity of National citizenship guaranteed by this clause of the 14th Amendment."*
*Twining v. New Jersey, 211 US 78, 98-99*

*"The acceptance of a license, in whatever form, will not impose upon the licensee an obligation to respect or to comply with any provision of the statute or with the regulations prescribed that are repugnant to the Constitution of the United States." W. W. CARGILL CO. v. STATE OF MINNESOTA, 180 U.S. 452 (1901) 180 U.S. 452*

*"A "US Citizen" (citizen of the federal corporation) upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, <u>of a Citizen of one of the several states</u>."*
*Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)*

042701506-page  7 back

*TDS2022*

**PRESENTMENT:**

Legal-Document _____*TDS2022*_____

Number of pages: _____*3 (FRont and back)*_____
*F = front*
*B = back*

**EVIDENCE OF LEGAL DOCUMENT MAILING RECEIVED**

Certified Mail Tracking Number _____*7021 0950 0001 3521 4226*_____

**NOTARY ACKNOWLEDGMENT**

The foregoing was Certified before me this _*7th*_ day of _*January*_ in the year of _*2022*_ A.D.

County of _*Nelson*_ )

) Scilicet

_*Kentucky*_ State )

_*Julie K. McClure*_

Notary Public Signature

SEAL
JULIE K. McCLURE
Notary Public - State at Large
Kentucky
Commission No. KYNP25261
My Commission Expires March 12, 2025

My Commission Expires _*03/12/2025*_

**AFFIDAVIT OF TRUTH**

I, _: Chad-Alan: Heath_ , the natural person and flesh and blood being of existence, as sworn before the Notary above with all honesty and good faith, lets it be known that all things stated on this legal document are in truth to the best of my knowledge.

Signature and Seal

042701506-page 8 front          *1F*

TDS 2022

1B

TDS2022

# OATH OF OFFICE

I, **DILLON SPENCER**, do solemnly swear that I will support and defend the Constitution of the United States of America and the Constitution of this Commonwealth, and be faithful and true to the Commonwealth of Kentucky as long as I continue to be a citizen thereof, and that I will faithfully execute, to the best of my ability, the office of a Trooper, of the Kentucky State Police, according to law.

I do further solemnly swear that since the adoption of the present Constitution, I being a citizen of this State have not fought a duel with deadly weapons within this State, nor out of it.   Nor have I acted as second in carrying a challenge, nor aided or assisted any person thus offending, so help me God.

Further, I do solemnly swear that to the best of my ability, I will detect and prosecute all gamblers and others violating the laws against gambling.

Further, I do solemnly swear that I will, without respect to persons, faithfully and impartially perform the duties of an investigator of the Kentucky State Police to the best of my ability, showing neither favor nor partiality to any person or persons, firms or corporations, and that I will at all times conduct myself as a gentleman, and will not use intoxicating liquors while on duty as such officer, so help me God.

*Dillon Spencer*
SIGNATURE

SUBSCRIBED AND SWORN TO BEFORE ME THIS: **October 23, 2019**

*Sarah T. Emmons*
**Sarah T. Emmons**
Notary Public
State-at-Large                                        My Commission Expires: **October 10, 2020**

042701506-page 9 front

I certify that the foregoing instrument of writing is a true and correct copy of the original legal document on this 7th day of January in the year of 2022 A.D.

County of Nelson Kentucky

JULIE K. McCLURE
SEAL Notary Public - State at Large
Kentucky
Commission No. KYNP25261

2F

TDS 2022

042701506-page  9 back

2 B

*TDS 2022*

## SECURITY AGREEMENT and

## NOTICE OF ACCEPTANCE TO A PUBLIC INVESTIGATORS OATH/PLEDGE

I, __:Chad-Alan: Heath__, the natural person and flesh and blood being of existence, also one of we the people and not a CORPORATION, agree and accept the Public Investigators Oath/Pledge. The Public Investigators name and signature are on this legal document. This Public Investigators Oath/Pledge, that is included in this legal document, is a Certified and true copy of the original copy of the legal document. This Public Investigator must honor his/her Oath/Pledge and not be in a breach of any contracts since the Oath/Pledge is being accepted. The acceptor cannot have his/her rights (as mentioned in the Oath/Pledge) violated in any way whatsoever at any time or any place. This acceptance is considered valid and legal from the beginning date that the Public Investigator signed the Oath/Pledge and will no longer be valid when the Public Investigators Oath/Pledge expires. If any type of claim, lawsuit or etc. were to be taking place or occurring when the Oath/Pledge expired, then the contract/agreement would still be valid and legal until the claim, lawsuit or etc. were legally settled even though the Oath/Pledge had expired. The acceptor to this security agreement/contract is _:Chad-Alan: Heath._

**Signature and Seal**

## NOTARY ACKNOWLEDGMENT

The foregoing was Certified before me this __7th__ day of __January__ in the year of __2022__ A.D.

County of __Nelson__ )

) Scilicet

__Kentucky__ State )

__Julie K. McClure__

Notary Public Signature

My Commission Expires __03/12/2025__

SEAL   JULIE K. McCLURE
Notary Public - State at Large
Kentucky
Commission No. KYNP25261
My Commission Expires March 12, 2025

042701506-page 10 front

3F

TDS 2022

None of the signatures on this legal document/security agreement/contract are to be used for bond or cusip issuances.

: Chad-Alan Heath.

Not to be used for bond or CUSIP issuances



3B


**UNITED STATES**
**POSTAL SERVICE**

January 14, 2022

Dear Chad Alan Heath:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 0950 0001 3521 4226**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | January 14, 2022, 7:45 am |
| **Location:** | FRANKFORT, KY 40601 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 125 HOLMES ST |
| **City, State ZIP Code:** | FRANKFORT, KY 40601-8301 |

## Recipient Signature

Signature of Recipient:

Address o

Note: Scanned image may reflec

Thank you for selecting the
assistance, please contact

Sincerely,
United States Postal Servic
475 L'Enfant Plaza SW
Washington, D.C. 20260-00

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: DILLON SPENCER (BADGE # 506)
KENTUCKY JUSTICE AND PUBLIC SAFETY CABINET
125 HOLMES STREET
FRANKFORT, KY 40601-2108

9590 9402 6579 1028 3828 45

2. Article Number (Transfer from service label)

7021 0950 0001 3521 4226

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature                   □ Priority Mail Express®
□ Adult Signature Restricted Delivery  □ Registered Mail™
□ Certified Mail®                   □ Registered Mail Restricted Delivery
□ Certified Mail Restricted Delivery   □ Signature Confirmation™
□ Collect on Delivery               □ Signature Confirmation
□ Collect on Delivery Restricted Delivery   Restricted Delivery
  Insured Mail
  Insured Mail Restricted Delivery
  (over $500)

*TDS 2022*

Domestic Return Receipt

042701506-page 11 front

## FLAT

THELAW.COM LAW DICTIONARY & BLACK'S LAW DICTIONARY 2ND ED.

A place covered with water too shallow for navigation with vessels ordinarily used for commercial purposes. The space between high and low water mark along the edge of an arm of the sea bay tidal river.

## FILE

THELAW.COM LAW DICTIONARY & BLACK'S LAW DICTIONARY 2ND ED.

verb – In practice. To put upon the flies, or deposit in the custody or among the records of a court."Filing a bill" in equity is an equivalent expression to "commencing a suit."To file" a paper, on the part of a party, is to place it in the official custody of the clerk. "To file," on the part of the clerk, is to indorse upon the paper the date of its reception, and retain it in his office, subject to inspection by whomsoever it may concern. Holman v. Chevaillier, 14 Tex. 339.

The expressions "filing" and "entering of record" are not synonymous. They are nowhere so used, but always convey distinct ideas. "Filing" originally signified placing papers in order on a thread or wire for safe-keeping. In this country and at this day it means, agreeably to our practice, depositing them in due order in the proper office. Entering of record uniformly implies writing. Naylor v. Moody, 2 Blackf. (Ind.) 247.

noun – A thread, string, or wire upon which writs and other exhibits in courts and offices are fastened or filed for the more safe-keeping and ready turning to the same. Spelman; Cowell; Tomlins. Papers put together and tied in bundles. A paper is said also to be filed when it is delivered to the proper officer, and by him received to be kept on file. But in general, "file," or "the files," is used loosely to denote the official custody of the court or the place In the offices of a court where the records and papers are kept.

# 18 U.S. Code § 9 - Vessel of the United States defined

The term "vessel of the United States", as used in this title, means a vessel belonging in whole or in part to the United States, or any citizen thereof, or any corporation created by or under the laws of the United States, or of any State, Territory, District, or possession thereof.

(June 25, 1948, ch. 645, 62 Stat. 685.)

042701506-page  12 back

Court **DISTRICT** County **HARDIN** Case No. **21-F-00569** Charge **CPOFI**

# NOTARY ACKNOWLEDGMENT
## CERTIFICATION OF DOCUMENTS AND AFFIDAVIT OF TRUTH

The foregoing was acknowledged before me this _12th_ day, of the month of
_August_, in the year of _2021_ A.D.

County of _Nelson_ )
_Kentucky_ State ) Scilicet
_Julie K. McClure_
Notary Public Signature

JULIE K. McCLURE
Notary Public - State at Large
Kentucky
Commission No. KYNP26261
My Commission Expires March 12, 2025

Seal

My Commission Expires _03/12/2018_

## AFFIDAVIT OF TRUTH

I, _Chad Alan Heath_, (the flesh and blood individual of existence) as sworn before the
Notary above with all honesty and good faith, truly declare that all things on this legal document(s)
are in truth to the best of my knowledge. The legal **DEFENDANT** is an
additional item included at the back of this 12 page legal document(s). The legal **DEFENDANT** is an
original and certified. The legal **DEFENDANT** has a name of **CHAD ALAN HEATH** and is
numbered **4517030**. The **DEFENDANT** wishes to stay with this/these legal document(s) that will be
gave to the honorable Judge on August 13th, 2021 A.D. during the following event:

**HARDIN** County **DISTRICT** Court Docket for **08/13/2021**
Courtroom: **ALL** Subdivision: **ALL**

Last Updated : 8/12/2021 7:01:13 PM

First Previous Next Last          Page 3 of 6          Records 51 to 75 of 126

**Room: Unassigned**

11:00 AM

21-F-00569  **COMMONWEALTH VS. HEATH, CHAD A** **\*\*FLAT FILE\*\***
(PRELIMINARY HEARING)

UCC 1-103.6
UCC 1-207/1-308    Chad Alan Heath.

042701506-page 13 front

Not to be used for bond or CUSIP issuances
UCC 1-308/UCC 1-207
All rights reserved & without prejudice

( page 1 of 12 )

SF95CH (page 68)

1167802661  (page 89)

# COMMONWEALTH OF KENTUCKY

## REGISTRAR OF VITAL STATISTICS
### CERTIFIED RECORD OF BIRTH

4517030

FILE NO. 116 1978 02661                          COUNTY OF BIRTH: HARDIN

CHILD'S NAME:                CHAD ALAN HEATH

CHILD'S DATE OF BIRTH:       JANUARY 13, 1978          SEX: MALE

MOTHER'S MAIDEN NAME:        VIVIAN KAY BENNETT
        MOTHER'S AGE:        23

FATHER'S NAME:               CARL LEON HEATH
        FATHER'S AGE:        25

DATE FILED BY REGISTRAR:     01/24/1978

This record certifies that the above birth occurred on the date and place shown. The original certificate of birth is registered at the
Kentucky Office of Vital Statistics under the file number shown.

DATE ISSUED     02/04/2019

*Christina S. Stewart*
State Registrar

DOCUMENT CONTAINS A WATERMARK - HOLD UP TO LIGHT TO VIEW

FOR QUESTIONS REGARDING THE INFORMATION PROVIDED ON THE KENTUCKY CERTIFIED RECORD OF BIRTH,
PLEASE CONTACT THE KENTUCKY OFFICE OF VITAL STATISTICS AT (502) 564-4212. OFFICE HOURS ARE 8:00
A.M. TO 4:30 P.M. EST, MONDAY THROUGH FRIDAY. THE KENTUCKY OFFICE OF VITAL STATISTICS IS LOCATED
AT 275 EAST MAIN STREET, FRANKFORT 40621. MULTIPLE ORDERS MAY BE MAILED SEPARATELY.

COPIES: 3
CERTIFICATE HOLDER:  CHAD ALAN HEATH                    5F95CH (page 69)

042701506-page 14 front

CHAD HEATH
2397 OAK HILL RD.
SONORA KY 42776                         1167802661 (page 90)

UC-365.1 Rev. 8-1

| | | DISTRICT | Court | Case No. | 21-F-569 |
|---|---|---|---|---|---|
| B | HEATH, CHAD ALLEN | | | Citation No. | |
| | Defendant's Name | HARDIN | County | Charge | CPOFI |
| | 2397 OAK HILL RD SONORA KY 42701 | | | | |
| | Defendant's Address | | | | |
| | Defendant's Occupation  UNEMPLOYED | 1/13/1978 | | | |
| | | Defendant's Date of Birth | | | |
| | Defendant's Telephone Number  270-734-2719 | Defendant's Drivers License # | | | |

*(handwritten right margin: zero is a digit. There is not enough digits to be a legally valid case number)*

## YOU ARE HEREBY RELEASED FROM CUSTODY ON THE CONDITIONS INDICATED BELOW:

| PERSONAL PROMISE | PERSONAL RECOGNIZANCE:  ☐ ADMINISTRATIVE RELEASE PROGRAM  ☐ JUDICIAL RELEASE Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the court; render yourself amenable to orders and processes of the court; and comply with all conditions of your release. |
|---|---|

| TOTAL BOND OF $10,000.00 | ☒ | **UNSECURED BAIL BOND** OR SURETY BOND. An unsecured appearance bond from you or your surety. |
|---|---|---|
| ☐ Bail Credit in the in the amount of applied to bond $0.00 | | GUARANTEED ARREST BOND CERTIFICATE. |
| | | **PARTIALLY SECURED BOND.** Cash bail secured by cash deposit of  $0.00  If the amount deposited is equal to 10% of the total bond, 10% of the deposit (but not less than $5) will be retained if you are found guilty and the court determines you have performed the conditions of your release. |
| Total cash received $0.00 | | Paid by ☐ Currency ☐ Credit Card (Jailer's Only) |
| | | **CASH BAIL BOND.** Full amount of bail paid into the court.  Paid by ☐ Currency ☐ Credit Card (Jailer's Only) |
| ☐ Not eligible for bail credit. | | **STOCKS AND BONDS, PROPERTY BOND.** Property is offered to secure the bail bond. If bond is forfeited, the s the property used as security. |
| | | **RELEASED PURSUANT TO KRS 222.204** |
| | ☒ | CONDITIONS: ☒ REPORT TO YOU LOCAL PRETRIAL SERVICES OFFICE LOCATED AT   120 East Dixie Avenue Elizabethtown, KY 42701 in side the Hardin County Justice Center behind Drivers Licensing   TELEPHONE   (270) 765-5097 |

☒ No further violations of law. ☐ No contact with alleged victim. ☐ No illegal use of alcohol or controlled substances.
☐ No illegal use / possession of firearms or other deadly weapon. ☐ Stay away from property of
☒ Other   MAKE ALL SCHEDULED COURT DATE

**Violation of Conditions and / or Failure to Appear:**
If you willfully fail to appear, fail to comply with the conditions of your release, or otherwise fail to render yourself amenable to the orders and processes of the courts, the court may issue a warrant for your arrest and may order forfeiture of the bond, and you shall be subject to prosecution for bail jumping per KRS 520.070 and KRS 520.080. You may also be subject to contempt of court per KRS 432.280.

| **BAIL BOND** | HEATH, CHAD ALLEN   being admitted to bail in the sum of   $10,000.00  UNSECURED   , I undertake |
|---|---|

that he/she will appear and be amenable to the orders and process of this and any other court in which this proceeding may be pending for any and all purposes and at all stages (including, in the event of indictment, proceedings thereafter) in accordance with RCr 4.54. By entering into this bond obligation, I submit to the jurisdiction of the courts of Kentucky in which any forfeiture proceeding arising out of my bail obligation may be pending, and do further irrevocably appoint the clerk of such court as my agent upon whom any process affecting my liability on such bond may be served, such clerk to forthwith mail copies to me at the address below.

**AFFIDAVID OF SURETY** (unless posts full cash bond) I affirm I am a resident or owner of real estate in Kentucky, and intend to secure this bond with the following stocks, bonds or real property:

| Signature of Defendant | Social Security Number of Surety (ies) |
|---|---|
| Printed Name of Surety (ies) | Date of Birth & Occupation of Surety (ies) |
| Signature of Surety (ies) | Drivers License Number of Surety (ies) |
| Phone Number of Surety (ies) | Address of Surety (ies) |
| BAIL BOND TAKEN BY   FROM | E-mail Address of Surety (ies) |
| ☐ Defendant ☐ Surety (ies) | * Only required on bonds where more than $10,000 cash collected. |
| Subscribed and sworn to before me by   Surety | this   **7-May-2021** |
| | Clerk / Authorized Public Officer |

| NEXT in courtroom  DISTRICT  at  11:15AM  on | **Friday, May 14, 2021** | or when notified |
|---|---|---|
| COURT and you shall appear at all subsequent continued dates. You shall also appear | | |
| DATE | | |

I understand the penalties which may be imposed upon me for willful failure to appear or for violation of any condition of release and I agree to comply with the conditions of my release and to appear, as required. I have received a copy of this order.

DEFENDANT'S SIGNATURE →  *Chad Alan Heath*  Ucc-207 1-308   WITNESSED BY   Deputy Clerk Clatey #5760

NAME OF JUDGE / PTO:  **KELLY**   NAME AND LOCATION OF COURT:  120 East Dixie Avenue Elizabethtown, KY 42701 (270) 766-5290

042701506-page  15 back

## KRS 516.050

Criminal possession of forged instrument in the first degree. (1) A person is guilty of criminal possession of a forged instrument in the first degree when, with knowledge that it is forged and with intent to defraud, deceive or injure another, he utters or possesses any forged instrument of a kind specified in KRS 516.020. (2) Criminal possession of a forged instrument in the first degree is a Class C felony. Effective: January 1, 1975 History: Created 1974 Ky. Acts ch. 406, sec. 136, effective January 1, 1975.

## KRS 516.020

Forgery in the first degree. (1) A person is guilty of forgery in the first degree when, with intent to defraud, deceive or injure another, he falsely makes, completes or alters a written instrument which is or purports to be or which is calculated to become or to represent when completed: (a) Part of an issue of money, stamps, securities or other valuable instruments issued by a government or governmental agency; or (b) Part of an issue of stock, bonds or other instruments representing interests in or claims against a corporate or other organization or its property. (2) Forgery in the first degree is a Class C felony. Effective: January 1, 1975 History: Created 1974 Ky. Acts ch. 406, sec. 133, effective January 1, 1975.

### BLACK'S LAW DICTIONARY 5TH EDITION, Page 1081

PROBABLE CAUSE – Reasonable cause; having more evidence for than against. An apparent state of facts found to exist upon reasonable inquiry (that is, such inquiry as the given case renders convenient and proper), which would induce a reasonably intelligent and prudent man to believe, in a criminal case, that the accused person had committed the crime charged of.

### Elements of Criminal Possession of a Forged Instrument

With Knowledge. According to the law on possession of forged instruments there must always be a prove of possessing the forged instrument with knowledge that it was forged. In this case, anyone who possesses a forged instrument unwittingly can never be regarded to have violated the law.

The 4 Elements of a Crime

1. CRIMINAL ACT (*ACTUS REUS*)

Actus reus (Latin for *guilty act*) occurs when any unlawful act or unlawful omission of an act, as required by legal statute, takes place. Words can also be considered acts in criminal law: purgery, verbal threats, conspiracy, or solicitation. Thoughts, on the other hand, are not considered criminal; rather, they contribute to the second element: intent. For an act to be criminal, it must be voluntary —the defendant must control the action. If a defendant acts on reflex, it does not satisfy the requirement of voluntariness.

2. CRIMINAL INTENT (*MENS REA*)

In order for a criminal act to qualify as a crime, the mental state of the perpetrator must be taken into consideration. The theory of *mens rea* holds that a defendant can only be held culpable when there is criminal intent.

What is meant by the concept of mens rea, however, varies widely. In 2016, the US Supreme Court issued a decision that backed the American Law Institute's definition of the term in their <u>Modern Penal Code</u> (MPC). In the MPC, it states that guilt can be contributed to an individual if they have acted *purposely*, *knowingly*, *recklessly* or *negligently*.

3. CONCURRENCE

This element of a crime refers to the coexistence of *criminal intent* and a *criminal act*. Without evidence that the mens rea preceded or occurred at the same time as the actus reus, the burden of proof falls short.

4. CAUSATION

Much of the time, this fourth element is present in a criminal case. Causation refers to the relationship between the defendant conduct and the end result. The prosecution must prove beyond a reasonable doubt that the defendant's actions were what led to the resulting crime in question, which is typically harm or injury.

CORPUS DELICTI

"For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right." Sherer v. Cullen 481 F. 945:

Supreme courts ruled "Without Corpus delicti there can be no crime""In every prosecution for crime it is necessary to establish the "corpus delecti", i.e., the body or elements of the crime." People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.

### KRS 431.005  Arrest by peace officers -- By private persons

(1) A peace officer may make an arrest:

(a) In obedience to a warrant; or

(b) Without a warrant when a felony is committed in his or her presence; or

(c) Without a warrant when he or she has probable cause to believe that the person being arrested has committed a felony; or

(d) Without a warrant when a misdemeanor, as defined in KRS 431.060, has been committed in his or her presence; or

(e) Without a warrant when a violation of KRS 189.290, 189.393, 189.520, 189.580, 511.080, or 525.070 has been committed in his or her presence, except that a violation of KRS 189A.010 or KRS 281A.210 need not be committed in his or her presence in order to make an arrest without a warrant if the officer has probable cause to believe that the person being arrested has violated KRS 189A.010 or KRS 281A.210;

(f) Without a warrant when a violation of KRS 508.030 has occurred in a hospital without the officer's presence if the officer has probable cause to believe that the person being arrested has violated KRS 508.030. As used in this paragraph, "hospital" includes any property owned or used by a hospital as a parking lot or parking garage; or

(g) Without a warrant when a violation of KRS 235.240(2) has occurred causing an accident, occurring outside of the peace officer's presence, involving a motorboat or vessel on the waters of the Commonwealth, and resulting in a physical injury or property damage, and a commissioned peace officer has probable cause to determine who the operator of the motorboat or vessel was and that operator was intoxicated or under the influence of any substance that impairs one's ability to operate the motorboat or vessel at the time of the accident

(2) (a) Any peace officer may arrest a person without warrant when the peace officer has probable cause to believe that the person has intentionally or wantonly caused physical injury to a family member, member of an unmarried couple, or another person with whom the person was or is in a dating relationship.

(b) As used in this subsection, "dating relationship," "family member," and "member of an unmarried couple" have the same meanings as defined in KRS 403.720 and 456.010.

(c) For the purpose of this subsection, the term "member of an unmarried couple" has the same meaning as set out in KRS 403.720.

(3) A peace officer may arrest a person without a warrant when the peace officer has probable cause to believe that the person is a sexual offender who has failed to comply with the Kentucky Sex Offender Registry requirements based upon information received from the Law Information Network of Kentucky.

(4) For purposes of subsections (2) and (3) of this section, a "peace officer" is an officer certified pursuant to KRS 15.380

(5) If a law enforcement officer has probable cause to believe that a person has violated a condition of release imposed in accordance with KRS 431.064 and verifies that the alleged violator has notice of the conditions, the officer shall, without a warrant, arrest the alleged violator whether the violation was committed in or outside the presence of the officer.

(6) A private person may make an arrest when a felony has been committed in fact and he or she has probable cause to believe that the person being arrested has committed it.

(7) If a law enforcement officer has probable cause to believe that a person has violated a restraining order issued under KRS 508.155, then the officer shall, without a warrant, arrest the alleged violator whether the violation was committed in or outside the presence of the officer.

Effective: June 27, 2019

History: Amended 2019 Ky. Acts ch. 171, sec. 3, effective June 27, 2019. -- Amended 2017 Ky. Acts ch. 23, sec. 1, effective June 29, 2017. -- Amended 2015 Ky. Acts ch. 102, sec. 42, effective January 1, 2016. -- Amended 2012 Ky. Acts ch. 128, sec. 1, effective July 12, 2012. -- Amended 2010 Ky. Acts ch. 170, sec. 17, effective July 15, 2010. -- Amended 2006 Ky. Acts ch. 182, sec. 24, effective July 12, 2006. -- Amended 2005 Ky. Acts ch. 132, sec. 31, effective June 20, 2005. -- Amended 2002 Ky. Acts ch. 119, sec. 3, effective July 15, 2002. -- Amended 1998 Ky. Acts ch. 23, sec. 16, effective July 15, 1998. -- Amended 1996 Ky. Acts ch. 345, sec. 4, effective July 15, 1996. -- Amended 1992 Ky. Acts ch. 172, sec. 14, effective July 14, 1992. -- Amended 1990 Ky. Acts ch. 455, sec. 33, effective July 13, 1990. -- Amended 1988 Ky. Acts ch. 258, sec. 5, effective July 15, 1988. -- Amended 1984 Ky. Acts ch. 165, sec. 23, effective July 13, 1984. -- Amended 1980 Ky. Acts ch. 309, sec. 1; and ch. 312, sec. 1, effective July 15, 1980 -- Created 1962 Ky. Acts ch. 234, sec. 31.

# Unrebutted Affidavits Determine Truth

# Maxims In/Of Law

In commerce, truth is Sovereign. Truth is expressed in the form of an affidavit. An unrebutted affidavit stands as truth in commerce. An unrebutted affidavit becomes the final judgement in commerce. All matters must be expressed to be resolved. He/she who leaves the battle first loses by default. A lien or claim can be satisfied only through rebuttal by affidavit, point-for-point. Commercial processes and responses are non-judicial and prejudicial. No judge, court, government or agencies thereof, or any other third parties' whatsoever, can abrogate anyone's affidavit of truth. Only a party affected by an affidavit can speak for himself or herself, and is solely responsible for responding with his or her own affidavit of truth, which no one else can do for him or her.

Notice to Principal is Notice to Agent; Notice to Agent is Notice to Principal.

# PROOF OF LEGAL DOCUMENT RECEIVAL

Address Mailed To:

## Clerks Office

## 601 W BROADWAY STE 106

## GENE SNYDER UNITED STATES COURTHOUSE

## LOUISVILLE KY 40202-2227

Sent By:

**USPS PRIORITY CERTIFIED MAIL**

Tracking Number:

**9402 8118 9876 5812 7164 52**

042701506-page  21 front

## NOTARY ACKNOWLEDGMENT

**I certify that the foregoing was sworn and autographed before me this 30th day of August in the year of 2022 A.D. The private individuals identity was verified by me with/by his passport card.**

County of _Nelson_ )

) Scilicet

_Kentucky_ State )

_Julie K. McClure_

**Notary Public Signature**

**SEAL**

JULIE K. McCLURE
Notary Public - State at Large
Kentucky
Commission No. KYNP25261
My Commission Expires March 12, 2025

My Commission Expires _03/17/2025_

## AFFIDAVIT OF TRUTH

I, _Chad-Alan: Heath_ , the natural person and flesh and blood human being of existence, as sworn before the Notary above with all honesty and good faith, let/lets it be known that all things stated on this legal document are in truth to the best of my knowledge. This legal document has been given an identifying number of 042701506 and has a total of 21 pages.

_:Chad-Alan: Heath._

**Affiant**

_Chad-Alan: Heath_

**Autograph and Seal**

Not to be used for bond or CUSIP issuances
UCC 1-308/UCC 1-207
All rights reserved & without prejudice

042701506-page 21 back